**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7445**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DONALD S. PRITT,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg.  Joseph Robert Goodwin, District Judge.  (CR-98-176, CA-01-1045)

———————

Submitted:  February 27, 2003          Decided:  March 12, 2003

———————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Donald S. Pritt, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald S. Pritt seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Pritt has not made a substantial showing of the denial of a constitutional right. See United States v. Pritt, Nos. CR-98-176; CA-01-1045 (S.D.W. Va. July 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2